**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

TRAVIS LEE HARRY,                                    Case No. 20-10005
                                                     Chapter 7

        Debtors.

                                                     Federal Building
                                                     Charleston, West Virginia
                                                     March 6, 2020

        The 341 Meeting of Creditors in the above-entitled matter came on before **SARAH ELLIS,** on the 6th of March, 2020.

APPEARANCES:          **EMMETT PEPPER, Attorney at Law**
                      Pepper & Nason
                      8 Hale Street
                      Charleston, West Virginia 25301
                        Counsel for Debtor

                      **SARAH ELLIS, Attorney at Law**
                      Steptoe & Johnson PLLC
                      707 Virginia Street East, 17th Floor
                      Charleston, West Virginia 25326-1588
                        Counsel for Chapter 7 Trustee

I N D E X

Witness:                                    Examination

Travis Lee Harry                                3

Reporter's Certificate . . . . . . . . . 22

```
 1              MR. ELLIS:   Is there anyone here in the

 2   matter of Travis Lee Harry, 20-10005?

 3              Please raise your right hand.

 4                             (Witness sworn.)

 5   THEREUPON,

 6         T R A V I S   L E E   H A R R Y

 7   being first duly sworn, was examined and testified as

 8   follows:

 9                       EXAMINATION

10         BY MS. ELLIS:

11         Q     Please state your name for the record.

12         A     Travis Lee Harry.

13         Q     Mr. Harry, you have the bankruptcy

14   information sheet before you.

15              Do you understand it?

16         A     Yes.

17         Q     Okay.  Is this your current address?

18         A     Yes.

19         Q     Okay, I have your driver's license and

20   Social Security card.  Those do match what is on the

21   petition.  Thank you.

22              Did you read the bankruptcy petition

23   and schedules before they were filed with the court?

24         A     Yes.
```

1        Q      All right, and is this your signature?

2        A      Yes.

3        Q      All right.  Did you list all of your

4  income and all of your assets?

5        A      Yes.

6        Q      Did you list all your debts and all

7  your expenses?

8        A      Yes.

9        Q      Okay, and have you ever filed

10  bankruptcy before?

11        A      No.

12        Q      All right, marital status?

13        A      Married.

14        Q      But your spouse is not filing with you,

15  correct?

16        A      No.  We live in different states,

17  separated, kind of.

18        Q      Okay.  Have you lived in West Virginia

19  for the last two years?

20        A      Yes.

21        Q      Okay, and do you pay any domestic

22  support obligations?

23        A      No.

24        Q      All right.  You sold a house in

```
 1   Princeton?

 2            A       Uh-huh.

 3            Q       And you bought it for 177,000?

 4            A       Uh-huh.

 5            Q       Is that correct?

 6            A       Yes.

 7            Q       How much did you sell it for?

 8            A       Without looking at the paperwork, I am

 9   thinking it was 176.

10            Q       Okay.

11            A       It was the sale price and then there

12   was real estate agent fees and all of that stuff.

13            Q       Okay, and was there a lien on it?

14            A       Yes.

15            Q       About how much was that?

16            A       Again without looking at the paperwork,

17   I don't have it all memorized.  I am thinking it was

18   -- right before we sold it I was notified that we had

19   to pay 20 percent of the value off.  So I am guessing

20   around 140 something.

21            Q       Okay, and so you got some cash out of

22   this?

23            A       Yes.

24            Q       Did you co-own it with your spouse?
```

1        A       Yes.

2        Q       Okay.  When did you sell it?

3        A       I sold it --

4        Q       2-23-19?

5        A       Yes, in December.

6        Q       So there is potentially 36,000 or so

7   cash.  I know that is not completely accurate because

8   you had to pay realtor fees and so forth.

9        A       Yes.

10       Q       How much cash did you get out of it?

11       A       Twenty -- just over 26,000.

12       Q       And then did you split that?

13       A       Actually I took every bit of it and

14  paid it to the IRS to pay back payroll taxes, and that

15  is in my bank statement also, proof of that.

16       Q       Okay.  All right, any other real

17  estate?

18       A       No.

19       Q       You have a 2014 Dodge Ram 3500?

20       A       Yes.

21       Q       And you value that at $30,000?

22       A       Yes.

23       Q       You owe TD Auto $26,000 on it?

24       A       Roughly.  I have made some payments

```
 1   since we filed, but yes.

 2           Q      Okay.  Are you current on that?

 3           A      Yes.

 4           Q      Insured?

 5           A      Uh-huh.

 6           Q      You going to keep that?

 7           A      Yes.

 8           Q      You have a 2015 Dodge Ram 2500?

 9           A      Yes.

10           Q      And you value that at $36,000?

11           A      Uh-huh.

12           Q      You owe United about 42,000?

13           A      Yes.

14           Q      And are you current on that?

15           A      Yes.

16           Q      Insured?

17           A      Uh-huh.

18           Q      You going to keep that?

19           A      Yes.

20           Q      You have a 2014 Four Horse Trailer?

21           A      Uh-huh.

22           Q      And you value that at $20,000?

23           A      Yes.

24           Q      You owe First Community Bank 23,000 on
```

1    that?

2              A      Uh-huh.

3              Q      Are you current on that?

4              A      Yes.

5              Q      Insured?

6              A      Yes.

7              Q      You going to keep that?

8              A      Yes.

9              Q      Okay, you have a Medallion Camper.  Is

10   that correct?

11             A      Yes, uh-huh.

12             Q      What year is that?

13             A      I am trying to think on that.  This

14   here won't be exact, but I think it is a 20 -- I think

15   it is a 2009, around there.

16             Q      Okay, and you value it at about

17   $12,000?

18             A      Yes.

19             Q      You owe First Community Bank about

20   thirteen-five on that?

21             A      Yes.

22             Q      And are you current on that?

23             A      Yes.

24             Q      Insured?

| | | |
|---|---|---|
| 1 | A | Uh-huh. |
| 2 | Q | Are you going to keep that? |
| 3 | A | Yes. |
| 4 | Q | And you have a Massey Ferguson tractor? |
| 5 | A | Yes. |
| 6 | Q | You value it at 23,000? |
| 7 | A | Uh-huh. |
| 8 | Q | You owe AGCO Financing 29,600? |
| 9 | A | Yes. |
| 10 | Q | And are you current on that? |
| 11 | A | Yes. |
| 12 | Q | Insured? |
| 13 | A | Yes. |
| 14 | Q | Are you going to keep it? |
| 15 | A | Uh-huh. |
| 16 | Q | You have a 2014 Infinity SUV? |
| 17 | A | Yes. |
| 18 | Q | And you value that at 30,000? |
| 19 | A | Uh-huh. |
| 20 | Q | You owe SunTrust 34,000? |
| 21 | A | Uh-huh. |
| 22 | Q | And you intend to surrender that? |
| 23 | A | Yes. |
| 24 | Q | Do you have any other vehicles? |

Donna Miller-Mairs, CCR

1          A       No.

2          Q       Any other campers, trailers, boats,

3    ATVs, motorcycles?

4          A       No.

5          Q       Okay.   You have personal property such

6    as clothing and household goods of about $2,600.

7                  Is that correct?

8          A       Yes.

9          Q       Okay.  Do you have any retirement or

10   life insurance with a cash value to it?

11         A       Huh-uh, no.  My life insurance policy

12   is just term life right now.

13         Q       Okay.  Other than the house that we

14   discussed, have you transferred or sold or gifted

15   anything in the last four years?

16         A       I am not sure if this falls into that,

17   but the camper, I did -- the loan was for the business

18   I had, and then to try to help the business, keep the

19   business afloat, I just transferred that over to my

20   personal to try to make the payments on that myself.

21                 So that would be the only things that

22   would fall under that, I am sure.

23         Q       All right.  Any inheritance that you

24   are expecting?

```
1              A      No.

2              Q      Any one owe you any money?

3              A      No.

4              Q      Any lawsuits or claims against anyone?

5              A      No.

6              Q      Any payments on unsecured taxes in the

7    90 days before you filed bankruptcy?

8              A      What was that?

9              Q      I am sorry.  Any payment to unsecured

10   creditors in the 90 days before you filed bankruptcy?

11             A      Just maybe credit card payments or

12   something that was due, but not that I recall.

13             Q      Anything over $500?

14             A      No.

15             Q      All right, and you have a couple of

16   businesses.

17                    Is that correct?

18             A      Yes.  They are closed, but they are

19   still technically with the Secretary of State

20   businesses.

21             Q      Tell me about Big Whiskey Barbecue.

22             A      What would you like to know?

23             Q      Is it still operating?

24             A      No.
```

Donna Miller-Mairs, CCR

| | | |
|---|---|---|
| 1 | Q | Were you the sole owner? |
| 2 | A | Yes. |
| 3 | Q | When did it close? |
| 4 | A | The beginning of January. |
| 5 | Q | Where was it operating? |
| 6 | A | Bluefield, West Virginia. |
| 7 | Q | And did you own or lease the space? |
| 8 | A | Leased. |
| 9 | Q | Okay, and is it a West Virginia entity? |
| 10 | A | Yes. |

11        Q       All right, and did the business own

12   like the restaurant equipment, chairs, tables, all

13   that stuff?

14        A       Yes.  There was a lien against all of

15   it, but it was technically the owner, yes.

16        Q       Okay, and what has happened to that

17   equipment?

18        A       Right now it is still at the location.

19   The landlord, I have spoken to him.  I also knew him,

20   and he is keeping everything there until everything

21   settles and the bank collects their collateral.

22        Q       Okay, who is the bank?

23        A       New Peoples Bank, and there is

24   furniture and equipment at another location we were --

```
 1   we used to lease that we subleased to someone and New

 2   Peoples Bank is aware of that also.

 3              So it is still there and they are, I

 4   guess -- from what they told me, they are talking to

 5   the people who lease the place to buy it.

 6         Q     So is there anything that wasn't

 7   collateral?

 8         A     No.

 9         Q     Okay.  Any accounts receivable?

10         A     No.

11         Q     Anything you haven't been paid on?

12         A     Huh-uh.

13         Q     Did you have employees?

14         A     Yes.

15         Q     How many?

16         A     At the time of closure there was six.

17         Q     And they are all paid up?

18         A     Yes.

19         Q     All right.  Did the business have any

20   debt other than this New Peoples' debt?

21         A     Yes.  There was credit card debt also.

22         Q     Is that included in your personal?

23         A     Yes, yes.  Any debt that the business

24   had that I was also personally the guarantor for is
```

```
1    all listed there, yes.

2           Q      All right.  So how much did you owe New

3    Peoples?

4           A      There was a line of credit that I owed

5    roughly 96, 9,700 on, and it was between 59 and 60,000

6    on the secured loan.

7           Q      Was the line of credit unsecured?

8           A      Yes.

9           Q      Was it cross-collateralized with the

10   secured debt?

11          A      What does that mean?

12          Q      If you default on the line of credit,

13   they can come after the equipment.

14          A      No, it was completely separate.

15          Q      It was just completely unsecured?

16          A      Yes.

17          Q      Okay.  How much do you think your

18   equipment is worth?

19                 What do you think they will get out of

20   it when they sell it?

21          A      For what I know of the ownership and

22   what people pay for it, everything I have got there is

23   probably going to valued at around 40,000, 45

24   possibly.
```

1          Q      Okay, anything else I need to know

2   about the business, any assets that it has that we

3   haven't talked about.

4                  Did it have any vehicles?

5          A      The Infinity.

6          Q      Okay.

7          A      That was part of the business, and

8   there was a food trailer that was a part of the

9   business.

10         Q      Did we talk about that?

11         A      The Infinity --

12         Q      We did talk about that, right?

13         A      Yes, we were surrendering that because

14  that was something that I was a guarantor for, and the

15  barbecue trailer, no, because it was just part of the

16  equipment and they -- it is considered the same thing

17  as like --

18         Q      It is with Peoples Bank?

19         A      Yes, just like an oven or a range, just

20  a piece of equipment.

21         Q      Okay, got you.  Okay, how about Range

22  Contracting?

23         A      Uh-huh.

24         Q      Tell me what it did and when it last

```
 1   operated.

 2           A      It did just small construction projects

 3   here and there, basically myself only.  I would go out

 4   and do carpentry work, things like that.  It was a

 5   couple of years back the last time it did anything.

 6           Q      Okay, so '18, 2018?

 7           A      Yes.

 8           Q      No employees?

 9           A      No employees, just me.

10           Q      Are you owed any money under that

11   entity?

12           A      The only thing would have been one of

13   the Chase credit cards that I was a personal guarantor

14   for, but it is listed in my information.

15           Q      Okay.  You were paid for all of your

16   projects that you did?

17           A      Yes.

18           Q      What about tools and equipment?

19           A      Very little, drills, hammers, saw,

20   stuff like that.

21           Q      How much do you think all of that is

22   worth?

23           A      If I had to put a value to it right now

24   as old as it is, probably a couple of hundred bucks.
```

1          Q      All right.  You were the sole owner,

2    correct?

3          A      Yes.

4          Q      And you didn't have a store front or a

5    space for this, right?

6          A      No.  I just operated out of the house.

7          Q      Any vehicles?

8          A      No.

9          Q      All right.  I think there are a few

10   other businesses under -- that may be under your name.

11              Assurance Home Inspection Services, is

12   that yours?

13          A      Yes.

14          Q      Okay, and is it still operating?

15          A      No.

16          Q      When did it stop operating?

17          A      I would say the last time I did a home

18   inspection was probably 2016.

19          Q      Okay.  Black Rock International?

20          A      It actually never did anything.  That

21   was a little LLC I formed in hopes of getting a

22   consulting contract.

23          Q      Okay.  Kenyon River Group?

24          A      That is another one.  It was supposed

1   to have a contract with an energy company out of

2   Tennessee, and it never came through.  So it never did

3   anything either.

4            Q    Okay, TL Harry Agricultural

5   Contractors?

6            A    That is something that I was hoping

7   would start this year, but I haven't done anything

8   with it.

9            Q    Okay.

10           A    I have lots of ideas of great

11  businesses that never come through.

12           Q    That is okay.  I would keep trying.

13                All right, and are you currently

14  employed?

15           A    Just self-employed.

16           Q    Okay, doing?

17           A    Basically just a sole proprietor.  I

18  haul horses for people if they need horses.  The 3500

19  and the horse trailer is what I use for that, so just

20  hauling horses.

21           Q    All right.  Is that your '18 tax

22  return?

23           A    Uh-huh.

24           Q    You owed about $1,100 last year.  Is

1    that right?

2            A      Yes.

3            Q      Okay, do you have your '19 tax return

4    done?

5            A      I haven't filed them yet, no.

6            Q      All right, as soon as you do, I need

7    you to get that to counsel.

8            A      Okay.

9            Q      You don't have any pay stubs, correct?

10           A      No.

11           Q      Okay, and how about bank accounts?

12           A      Yes.  I brought my most recent and then

13   a few months back because of the influx of the sale of

14   the home made that month look like I was doing really

15   good.  So it starts at the most recent and then back a

16   couple of months.

17           Q      So does this show where the twenty some

18   thousand went to the IRS?

19           A      In the one, I believe it should be

20   ending 210 possibly.  There is just a lot of -- if you

21   look through it, the payments, there are a lot of IRS

22   tax payments.

23           Q      The one ending in 210?

24           A      I think it -- yes, because I think it

1  runs from January 10th to February 10th or something

2  like that.

3          Q     Yes, got you.

4          A     I think it is in that month or it

5  should be.

6          Q     Okay, U.S. tax payment, I got it, yes.

7          A     And I still owe them a good bit, but I

8  guess I am going to be trying to work out a payment

9  plan.

10          MS. ELLIS:  Okay, there you go.  Are there

11  any creditors here for Travis Harry?

12          (No response.)

13          MS. ELLIS:  I see none.  I will just remind

14  you to get your second debtor education class again.

15          THE WITNESS:  I have that here actually.  Do

16  you need a copy of this?

17          MS. ELLIS:  No.

18          MR. PEPPER:  We have got it.

19          MS. ELLIS:  All right.

20          THE WITNESS:  You have got it?

21          MR. PEPPER:  Yes, we have got it right here.

22          THE WITNESS:  Okay.

23          MS. ELLIS:  All right, you are good to go.

24          THE WITNESS:   Thank you.

1          MS. ELLIS:   Thank you.

2                              (Witness excused.)

3                    (WHEREUPON, the Meeting of

4               Creditors was continued.)

5

REPORTER'S CERTIFICATE


STATE OF WEST VIRGINIA,

COUNTY OF KANAWHA, to-wit:


       I, Donna Miller-Mairs, do hereby certify that the foregoing is, to the best of my skill and ability, a true and accurate transcript of all the testimony adduced or proceedings had as set forth in the caption hereof.

       Given under my hand this 29th day of June, 2020.


_____
Donna Miller-Mairs
Certified Court Reporter